DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Peter David McBean | ) | |
| | ) | CASE NO. 5:07CV1328 |
| Petitioner, | ) | 5:93CR0237 |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| Harley G. Lappin, Director | ) | |
| Bureau of Prisons, et al., | ) | |
| | ) | |
| Respondents. | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously with this

Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner-

Defendant Peter McBean's petition pursuant to 28 U.S.C. 2241 (Docket No. 1)  is denied.

Furthermore,  Petitioner's Motion for Summary Judgment (Docket No. 5) is denied.

The Court also certifies, pursuant to 28 U.S.C. 1915(a)(3), that an appeal from this

decision could not be taken in good faith.

The Court further finds no basis for a certificate of appealability and will not issue a

certificate of appealability.


IT IS SO ORDERED.



__August 13, 2007,__             *s/ David D. Dowd, Jr.*
Date                                  David D. Dowd, Jr.
                                       U.S. District Judge